DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
TELEPHONE (650) 345-7801
TELEPHONE (707) 544-5500

Signed: June 15, 2017



_____
ALAN JAROSLOVSKY U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MAURO and MANDY LOPEZ

Debtor(s)

Case No.: 17-1-0068AJ13

## ORDER CONFIRMING CHAPTER 13 PLAN

After a hearing on June 14, 2017, and it appearing that the Chapter 13 Amended Plan in this case meets the requirements of § 1325(a) of the Bankruptcy Code,

**IT IS ORDERED** that the Amended Plan dated June 6, 2017 is confirmed.

**PROVIDED HOWEVER,** that notwithstanding anything to the contrary in said plan:

1. Any provision of the plan purporting to discharge a debt is not approved. No debt subject to exception from discharge pursuant to § 523 of the Bankruptcy Code shall be adjudicated to be discharged or not discharged except in an adversary proceeding.

2. No lien on real property shall be removed, avoided, or extinguished, except by adversary proceeding pursuant to FRBP 7001(2) or contested matter pursuant to FRBP 3012.

3. With the sole exception of the valuation of a claim secured by personal property, a proof of claim shall supersede any plan provision purporting to limit or disallow a claim.

4. Any incorporation into the plan of any guideline or general order, including, without limitation, the Mortgage Modification Mediation Program, is not approved.

5. Any provision of the plan purporting to call for postpetition mortgage payments at anything other than the full amount due shall be deemed to be a proposal to make lesser payments which the creditor may accept without prejudice to all of its legal rights.

**\*\*END OF ORDER\*\***

# COURT SERVICE LIST