DAVID BURCHARD
CHAPTER 13 TRUSTEE
PO BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:

MAURO and MANDY LOPEZ
6663 HIGHLAND CIR
KELSEYVILLE, CA 95451

Debtor(s)

Chapter 13
Case No: 17-10068 DM

**STIPULATION RE: TRUSTEE'S MOTION TO DISMISS CASE POST-CONFIRMATION**

The Chapter 13 Trustee has filed a Motion to Dismiss Case Under 11 U.S.C. §1307(c) and set the matter for hearing on November 3, 2020 at 9:00 AM.

It is hereby stipulated and agreed to, by and between the Debtor and the Chapter 13 Trustee, as follows:

The hearing on the Trustee's Motion to Dismiss shall be continued to **December 9, 2020 at 9:00 AM** and will be conducted via telephone or video. All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations during the COVID-19 pandemic. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling 888-821-7606 or by using the Live Chat feature on the Bankruptcy Court's website.

In addition, on or before November 18, 2020 the Debtor shall:

__X__   pay $5,126.00 to the Trustee or

__X__   file a motion to modify the Chapter 13 plan, bringing the plan payments current.

_____   file updated Schedules I and J, utilizing the schedules effective December 2015.

_____   provide a signed copy of the _____ federal income tax return.

_____   other:

If the Debtor fails to comply with the above, the Debtor stipulates that the case may be dismissed on request of the Trustee.

It is hereby stipulated.

DATED:   10/23/20                           /s/ David Burchard_____
                                            David Burchard, Chapter 13 Trustee

DATED:                                      /s/ Evan Livingstone_____
                                            Evan Livingstone
                                            Attorney for Debtors