Entered on Docket
December 21, 2020
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed and Filed: December 21, 2020

_____
**DENNIS MONTALI**
U.S. Bankruptcy Judge

Evan Livingstone, SBN 252008
LAW OFFICE OF EVAN LIVINGSTONE
740 4th St, Ste 215
Santa Rosa CA 95404
Phone: (707) 206-6570
Fax: (707) 676-9112
Email: evanmlivingstone@gmail.com

Attorney for Debtor Mauro Lopez and Mandy Lopez

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>Mauro Lopez and Mandy Lopez<br><br>Debtor(s)<br>_____/ | Case No.   17-10068<br>Chapter    13<br>**ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN**<br>Judge:  Hon. Dennis Montali<br>Date     Notice and Opportunity |

Upon consideration of Debtor's MOTION TO MODIFY CHAPTER 13 PLAN filed with the Court on November 14, 2020, and upon the representation of Debtor's counsel that the application was noticed to all creditors, and none objected, and that the Chapter 13 Trustee has approved the application, therefore,

**IT IS ORDERED** that the MODIFIED CHAPTER 13 PLAN filed on November 14, 2020, is confirmed;

**IT IS FURTHER ORDERED**, except insofar as inconsistent with anything above:

1. The modified plan payments are 73. Debtor shall make 45 payments in the amount of $1,649.00, followed by 28 payments of $1,200.00.

2. The modified plan payments are not made over more than 7 years pursuant to § 1329(d)(2), .

3. The modified plan has been proposed in good faith, and complies with 11 U.S.C. §§ 1322(a), 1322(b), 1323(c), 1325(a) and 1329(d).

4. Debtor's Attorney's fees are a total $3,800, $1,600 of which were paid prior to filing this case, and $2,200 which are paid though the plan.

5. The modified confirmed plan shall include the $961.63 in mortgage arrears paid to Lakeview Loan Servicing, LLC.

** END OF ORDER **

Approved as to Form and Content

/s/David Burchard
**DAVID BURCHARD** Chapter 13 Trustee